# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

SERGIO JADUE;

    *Plaintiff*,

v.

AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION USA LLC, METRO GOLDWYN MAYER STUDIOS, INC., ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, GABRIEL DIAZ, NATALIA BERISTAIN, ANDRÉS PARRA;

    *Defendants*.

## **COMPLAINT**

Plaintiff, SERGIO JADUE, by and through the undersigned counsel, files this Complaint against Defendants, AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION LLC, METRO GOLDWYN MAYER STUDIOS, INC, ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, ANDRÉS PARRA, GABRIEL DIAZ, NATALIA BERISTAIN, and states:



*Sergio Jadue v. Amazon.com Inc. et. al.*
Complaint
Page 2 of 17

## THE PARTIES & NATURE OF THE ACTION

1. This is an action for damages in excess of $75,000.00, exclusive of costs and fees, and for injunctive relief.

2. Plaintiff, SERGIO JADUE ("Mr. Jadue") is an individual residing in Miami-Dade County, Florida, and is otherwise *sui juris*.

3. Defendant, AMAZON.COM, INC. ("Amazon"), is a corporation organized under the laws of the State of Delaware with its principal executive offices at 1200 12th Avenue South, Suite 1200, Seattle, Washington, 98144. Amazon produced and distributes *El Presidente*.

4. Defendant, AMAZON STUDIOS, LLC d/b/a Amazon MGM Studios ("Amazon Studios") is a subsidiary of Amazon and is organized under the laws of the State of California, with a principal place of business located at 9300 Culver Boulevard, Culver City, CA 90232.

5. Defendant, AMAZON VIDEO BRASIL ("Amazon Brasil") is a subsidiary of Amazon and is a foreign corporation organized under the laws of Brazil.

6. Defendant, AMAZON.COM SERVICES, LLC ("Amazon Services") is a subsidiary of Amazon organized under the laws of the State of Delaware, with a principal place of business located at 410 Terry Avenue North, Seattle, WA 98109.

7. Defendant, METRO GOLDWYN MAYER STUDIOS, INC. ("MGM") organized under the laws of the State of Delaware, with a principal place of business located at 245 N Beverly Dr, Beverly Hills, CA 90212.

8. Defendant, GAUMONT TELEVISION USA LLC f/k/a Gaumont International Television LLC ("Gaumont") is a limited liability company organized under the laws of the State of Delaware, with its principal executive offices at 750 North San Vicente Boulevard, Suite 1550



East Tower, West Hollywood, California 90069.  Gaumont produces and distributes television programs, including *El Presidente*.

9. Defendant, ARMANDO BÓ, JR. ("Bó") is an individual and resident of Argentina, and is otherwise *sui juris*.

10. Defendant, DANIEL REZENDE ("Rezende") is an individual and resident of Brazil, and is otherwise *sui juris*.

11. Defendant, ALVARO BRECHNER ("Berchner") is an individual and resident of Spain, and is otherwise *sui juris*.

12. Defendant, DANIELA THOMAS ("Thomas") s an individual and resident of Brazil, and is otherwise *sui juris*.

13. and is otherwise *sui juris*.

14. Defendant, GABRIEL DIAZ ("Diaz") is an individual and resident of the State of California, and is otherwise *sui juris*.

15. Defendant, NATALIA BERISTAIN ("Beristain") is an individual and resident of Mexico and is otherwise *sui juris*.

16. Defendant, ANDRÉS PARRA ("Parra") is an individual and resident of Colombia, and is otherwise *sui juris*.

17. Defendants co-produced the El Presidente Collection and ultimately caused it to be distributed for viewing throughout international markets including the United States and Florida. At the time of the filing, the El Presidente Collection is available for viewing through the Internet-based streaming video services or over-the-top provider, Amazon Prime Video.



## JURISDICTION AND VENUE

18. Defendants Amazon, Amazon Studios, Amazon Video Brasil, Amazon Services, MGM, and Gaumont regularly conduct business within the State of Florida and have likewise committed the acts complained of herein in this State that have caused injury to Jadue within the State of Florida. This includes, but is not limited to, continuous and systematic acts relating to the production of, and distribution, broadcast, dissemination and related streaming of *El Presidente* and *El Presidente: Corruption Game* (collectively "El Presidente Collection").

19. Defendants Gaumont, Amazon Brasil, and Amazon Studios, employed Amazon to allow the El President Collection to be streamed (which in turn has made it accessible for viewing) within the State of Florida, and caused the tortious acts complained of herein to cause harm to Mr. Jadue (who lives and resides in this judicial district).

20. Defendants Bó, Rezende, Brechner, Thomas, and Parra were employed by Amazon in the production of the show and were aware that the show would be directed to a multi-national audience.

21. Defendants each have sufficient minimal contacts to meet the minimal jurisdictional requirements under the laws of Florida and the U.S. Constitution.

22. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367.

23. Venue is proper in this district pursuant to 28 U.S.C. § 1391, as a substantial part of the events or omissions giving rise to the claims concern defamatory material that was specifically directed at this judicial district. Additionally, Defendants Amazon, Amazon Studios,



Gaumont, Amazon Services, MGM, and Amazon Video Brasil transact business in this judicial district including through the distribution of El Presidente to Florida viewers and consumers and Defendants Bó, Rezende, Brechner, Thomas, Diaz, Beristain, and Parra substantially contributed to the creation of El Presidente with the knowledge that it was being purposely directed in Florida.

## FACTUAL ALLEGATIONS

24. Sergio Jadue is the former president of the National Association of Professional Football of Chile ("ANFP")

25. Mr. Jadue became the president of the ANFP on January 14, 2011.

26. Mr. Jadue is, without consent or permission, the subject of two shows available on Amazon through its streaming services – El President and El Presidente: The Corruption Game.

27. At no point did the Defendants approach Mr. Jadue for permission to use his likeness in the El Presidente Collection.

28. At no point did the Defendants ask to verify events with Mr. Jadue.

*Background of Defendants*

29. Amazon is a multinational online retail and technology company that conducts business throughout the United States.

30. Amazon Services is a subsidiary of Amazon that offers a variety of retail and technology services.

31. Amazon Studios is an American film and television production and distribution studio owned by Amazon.

32. Amazon Brasil is a subsidiary of Amazon offering online retail, technology, and video streaming services throughout Brazil.



33. Amazon controls or operates Amazon Services, Amazon Studios, and Amazon Brasil (collectively as "Amazon Defendants").

34. Gaumont is an independent studio that produces television programming for the U.S. and international markets.

35. Bó is the creator, director, and writer of the El Presidente Collection.

36. Diaz and Beristain serve as directors of El Presidente.

37. Rezende, Brechner, and Thoms serve as directors and produces of El Presidente: The Corruption Game.

38. Andres Parra is the actor who portrayed Mr. Jadue in the El Presidente Collection.

39. Defendants co-produced the El Presidente Collection and ultimately caused it to be distributed for viewing throughout international markets including the United States and Florida. At the time of the filing, the El Presidente Collection is available for viewing through the Internet-based streaming video services or over-the-top provider, Amazon Prime Video ("Prime Video").

40. Prime Video is a video streaming service owned and controlled by the Amazon Defendants.

41. The Amazon Defendants, Gaumont, and MGM offer and widely disseminate the El Presidente Collection throughout the United States, including within the State of Florida, as an over-the-top or streaming product, as well as additionally allow for downloading of the episodes allowing further dissemination.

*El Presidente*

42. On June 4, 2020, Amazon released all eight episodes of the first season of El Presidente on Prime Video, with an English dub of the show being released later on November 6,



2020.

43. El Presidente was produced and made by Amazon Video Brasil, MGM Studios, Amazon Studios, and Gaumont.

44. El Presidente was created and written by Amando Bó, with Bó having directed multiple episodes as well.

45. The first season of El Presidente focuses on Jadue, portrayed by Parra, and his rise to president of ANFP, the conduct that led to the FBI's investigation of corruption in FIFA, and Jadue's cooperation with authorities to assist in the investigation.

46. During the first season, the fictional Jadue engaged in numerous acts that did not actually occur or that Jadue did not engage in.

*El Presidente: The Corruption Game*

47. The second season of El Presidente, subtitled *Jogo da Corrupção*, or The Corruption Game was released in its entirety on November 4, 2022.

48. Rezende, Brechner, Thomas, and Bó directed the episodes of the second season.

49. The second season depicts events that mostly occurred prior to Jadue's involvement with soccer, and primarily focuses on João Havelange.

50. Despite Jadue not being a focal point of the second season, Parra still continues to portray Jadue as the narrator for the second season.

51. Amazon also states in its description for the first episode of season 2 that Jadue personally was hired by Amazon to consult for the second season.

52. The first fifteen minutes of the episode also portray Amazon executives "hiring" Jadue to serve as the narrator and tell events, none of which ever occurred.



53. Amazon never contacted Jadue, nor did he assist in the making of either season of the El Presidente Collection.

*The Lies*

54. The El Presidente Collection falsely (1) depicts Jadue engaged in several criminal activities, including, but not limited to, money laundering, bribery, fraud, physical assault, kidnapping, domestic violence, aiding and abetting in the murder of an FBI agent, and associating with gangs and gang violence, (2) portrays Jadue as someone who scammed football/soccer players, scalped ticket prices, fixed or otherwise rigged football/soccer matches, recorded conversations without the consent of players and coworkers, and served as a mole for police in criminal investigations, (3) depicts that Jadue was involved in the creation of the El Presidente Collection, narrates the telling, was paid for involvement, and approves or consents to the use of his image, likeness, name, and the contents in the El Presidente Collection (the "Lies").

55. The Lies are false.

56. While Amazon's El Presidente Collection saw fit to use the real names of Jadue's two minor children, Amazon invented family members and friends of Jadue that do not exist in real life to advance their negative portrayal of Jadue.

57. These statements and depictions were contained in Amazon's El Presidente Collection and were released to a wide audience of Prime Video subscribers.

58. Jadue has not, and presently is not, engaged in any of the criminal activities or otherwise immoral behavior that Amazon's El Presidente Collection ascribed to him.

## COUNT I – DEFAMATION
**(Against All Parties)**

59. Jadue re-alleges and re-adopts paragraphs 1-58 as if fully set forth herein.

60. Defendants have made false statements and depictions about Jadue *i.e.* the Lies, in the El President Collection to Prime Video subscribers and viewers of the El Presidente Collection in a concerted effort to attract a wider audience at the expense of Jadue's name, reputation and business relationships.

61. Defendants released the statements and depictions contained in the El Presidente Collection with the knowledge or reckless disregard as to their falsity.

62. As a direct, natural, and proximate cause of Defendants wrongful actions, Jadue has suffered damages, including but not limited to, lost earnings, diminished earning capacity ikn the future, and reputational harm.

63. Plaintiff reserves the right to amend this Complaint to seek punitive damages against Defendants.

**WHEREFORE**, Plaintiff, SERGIO JADUE, requests that this Court enter a judgment against Defendants, AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION LLC, METRO GOLDWYN MAYER STUDIOS, INC, ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, GABRIEL DIAZ, NATALIA BERISTAIN, ANDRÉS PARRA, for compensatory damages, consequential damages, general damages, pre-and post-judgment interest, and any other relief to which this court deems just and proper.



## COUNT II – DEFAMATION PER SE
**(Against All Parties)**

64. Jadue re-alleges and re-adopts paragraphs 1-58 as if fully set forth herein.

65. Defendants have made false statements and depictions about Jadue, *i.e.* the Lies, in the El President Collection to Prime Video subscribers and viewers of the El Presidente Collection in a concerted effort to attract a wider audience at the expense of Jadue's name, reputation and business relationships.

66. The Lies subject Jadue to hatred, distrust, ridicule, contempt, and/or disgrace, charge Jadue of committing crimes, and injure Jadue's trade or profession.

67. Defendants released the statements and depictions contained in the El Presidente Collection with the knowledge or reckless disregard as to their falsity.

68. As a direct, natural, and proximate cause of Defendants wrongful actions, Jadue has suffered damages, including but not limited to, lost earnings, diminished earning capacity ikn the future, and reputational harm.

69. Plaintiff reserves the right to amend this Complaint to seek punitive damages against Defendants.

**WHEREFORE**, Plaintiff, SERGIO JADUE, requests that this Court enter a judgment against Defendants, AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION LLC, METRO GOLDWYN MAYER STUDIOS, INC, ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, GABRIEL DIAZ, NATALIA BERISTAIN, ANDRÉS PARRA, for compensatory damages, consequential damages, general damages, pre-and post-judgment interest, and any other relief to which this court deems



just and proper.

### COUNT III – TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS
### (Against All Defendants)

70. Plaintiff re-alleges and re-adopts paragraphs 1-58 as if fully set forth herein.

71. Plaintiff has attempted to enter into business arrangements or continue business relationships that were pre-existing.

72. Defendants have made false statements and depictions about Jadue, *i.e.* the Lies, in the El President Collection to Prime Video subscribers and viewers of the El Presidente Collection in a concerted effort to attract a wider audience at the expense of Jadue's name, reputation and business relationships.

73. As a direct, natural, and proximate cause of Defendants wrongful actions, Jadue has suffered damages, including but not limited to, lost earnings, diminished earning capacity ikn the future, and reputational harm.

74. Plaintiff reserves the right to amend this Complaint to seek punitive damages against Defendants.

**WHEREFORE**, Plaintiff, SERGIO JADUE, requests that this Court enter a judgment against Defendants, AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION LLC, METRO GOLDWYN MAYER STUDIOS, INC, ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, GABRIEL DIAZ, NATALIA BERISTAIN, ANDRÉS PARRA, for compensatory damages, consequential damages, general damages, pre-and post-judgment interest, and any other relief to which this court deems just and proper.



2701 Ponce de Leon Blvd., Suite 202, Coral Gables, FL 33134 • Tel: 305-444-3114 • service@b2b.legal

# COUNT IV – VIOLATION OF FLA. STAT. §540.08, UNAUTHORIZED PUBLICATION OF NAME OR LIKENESS
**(Against All Parties)**

75. Plaintiff re-alleges and re-adopts paragraphs 1-58 as if fully set forth herein.

76. Jadue has a statutory right of publicity under Fla. Stat. §540.08.

77. Fla. Stat. §540.08 provides that: "[n]o person shall publish, print, display or otherwise publicly use for purposes of trade or for any commercial or advertising purpose the name, portrait, photograph, or other likeness of any natural person without the express written or oral consent to such use."

78. Despite the clear language of Fla. Stat. §540.08, Defendants published Jadue's image, likeness and/or identity on its website, among others, in order to promote, advertise, and market the El Presidente Collection.

79. Such use of the name and likeness of Jadue is purely for commercial gain and for the advancement of the El President Collection, and has not been used for (or alternatively has clearly exceeded) any bona fide newsworthy purpose (including any related presentation of a current and legitimate public interest) such as for newspaper, magazine, and/or book in order to fall into the limited exception of Fla. Stat. §540.08(4)(a).

80. Defendants never sought permission nor authority to use Jadue's image, likeness and/or identity to advertise, promote, market or endorse the El Presidente Collection.

81. Jadue never consented to, permitted, assigned, licensed, or otherwise agreed to Defendant's use of his image, likeness, and/or identity to advertise, promote, market or endorse the El Presidente Collection.

82. Defendants intentionally or, at a minimum, recklessly published, printed, displayed,

or otherwise publicly disseminated or used Jadue image, likeness and/or identity without his express written or oral consent, for purposes of trade or for other commercial or advertising purposes as detailed above.

83. Defendants had actual or constructive knowledge of the wrongfulness of its conduct and acted with intent or with reckless disregard to deprive Jadue of a property interest during the entire time period in which the unauthorized use took place.

84. At a minimum, Defendants' conduct was so reckless or wanton in care that it constituted a conscious disregard of or indifference to Jadue's rights.

85. Alternatively, Defendants acted negligently towards Jadue in using and disseminating, without authority, his image, likeness and/or identity on Amazon's website in order to promote, advertise and market the El Presidente Collection.

86. Defendants has caused and will continue to cause irreparable harm to Jadue, his reputation and brand by attributing Jadue to the El Presidente Collection.

87. Defendants has also damaged Jadue as a direct and proximate result of its unauthorized use of Jadue's image, likeness and/or identity without compensating Jadue.

**WHEREFORE**, Plaintiff, SERGIO JADUE, respectfully requests judgement against Defendants, AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION LLC, METRO GOLDWYN MAYER STUDIOS, INC, ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, GABRIEL DIAZ, NATALIA BERISTAIN, ANDRÉS PARRA, for all remedies available under Fla. Stat. §540.08, including but not limited to, both actual loss and damages, costs, interest, royalties, and restitution

of Defendant's unlawful proceeds, including Defendant's profits and other relief deemed just and fair.

## COUNT V – INVASION OF PRIVACY
## MISAPPROPRIATION

88. Plaintiff re-alleges and re-adopts paragraphs 1-58 as if fully set forth herein.

89. El President and El Presidente: The Corruption Game depict Sergio Jadue and alleged events with inaccuracy.

90. Mr. Jadue did not consent to the use of his name, likeness, or image for either El Presidente and El Presidente: The Corruption Game.

91. Contrary to the El Presidente Collection, Mr. Jadue was not hired by Amazon and did not participate in the creation, telling, or writing of the series.

92. As a direct, natural, and proximate cause of Defendants wrongful actions, Jadue has suffered damages, including but not limited to, lost earnings, diminished earning capacity ikn the future, and reputational harm.

**WHEREFORE**, Plaintiff, SERGIO JADUE, requests that this Court enter a judgment against Defendants, AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION LLC, METRO GOLDWYN MAYER STUDIOS, INC, ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, GABRIEL DIAZ, NATALIA BERISTAIN, ANDRÉS PARRA, for compensatory damages, consequential damages, general damages, pre-and post-judgment interest, and any other relief to which this court deems just and proper.



### COUNT VI – INVASION OF PRIVACY
### PUBLIC DISCLOSURE OF PRIVATE FACTS

93. Plaintiff re-alleges and re-adopts paragraphs 1-58 as if fully set forth herein.

94. El President and El Presidente: The Corruption Game depict Sergio Jadue and alleged events with inaccuracy.

95. The events portrayed in the El Presidente Collection are private facts that are not of legitimate public concern.

96. As a direct, natural, and proximate cause of Defendants wrongful actions, Jadue has suffered damages, including but not limited to, lost earnings, diminished earning capacity ikn the future, and reputational harm.

**WHEREFORE**, Plaintiff, SERGIO JADUE, requests that this Court enter a judgment against Defendants, AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, GAUMONT TELEVISION LLC, METRO GOLDWYN MAYER STUDIOS, INC, ARMANDO BÓ, JR., DANIEL REZENDE, ALVARO BRECHNER, DANIELA THOMAS, GABRIEL DIAZ, NATALIA BERISTAIN, ANDRÉS PARRA, for compensatory damages, consequential damages, general damages, pre-and post-judgment interest, and any other relief to which this court deems just and proper.

### COUNT VII – TEMPORARY AND PERMANENT INJUNCTION
### Against Amazon, Amazon Studios, Amazon Brasil, Amazon Services

97. Plaintiff re-alleges and re-adopts paragraphs 1-58 as if fully set forth herein.



98. This is an action for injunctive relief pursuant to Fla. R. Civ. P. 1.610 against Amazon, Amazon Studios, Amazon Brasil, Amazon Services ("Amazon Defendants").

99. Immediate and irreparable injury, loss and damage has occurred and will continue to occur as a result of Amazon Defendants' direct and intentional defamation of Jadue and misappropriation of Jadue's name and likeness.

100. The irreparable injury to Jadue outweighs any possible harm to the Amazon Defendants because:

   a. Jadue has suffered and will continue to suffer damage to his goodwill, name, and substantial customer relationships if the Amazon Defendants are not immediately enjoined;

   b. Jadue has lost and will continue to lose unquantifiable business opportunities and the potential loss of its business cannot be calculated;

   c. Any harm the Amazon Defendants are comparatively slight as it merely removes rights to which Amazon was not previously entitled to.

101. Jadue has no adequate remedy at law as, absent an injunction, Jadue has no other means of protecting his business relationships and precluding Amazon from exploiting Jadue's name, likeness and reputation and preventing the Amazon Defendants from misrepresenting to the public its defamatory statements and depictions regarding Jadue.

102. Because the Amazon Defendants are intentionally disregarding Jadue's rights by defaming his name and reputation, Jadue has demonstrated a substantial likelihood of success on the merits.

103. The granting of a temporary injunction will not disserve the public interest.

**WHEREFORE**, Plaintiff Jadue requests that the Court grant its request for the immediate issuance of an injunction, ordering Defendant AMAZON.COM, INC., AMAZON STUDIOS LLC d/b/a AMAZON MGM STUDIOS, AMAZON VIDEO BRASIL, AMAZON.COM SERVICES, LLC, to take down the El Presidente Collection from its streaming service, prohibiting Defendant from misrepresenting or otherwise defaming Jadue, and to immediately retract all such misrepresentations or defamatory statements or depictions issued in the past; and granting such other relief as this Court deems proper and just.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Plaintiff reserves the right to request and seek punitive damages as may be authorized by Federal and Florida law.

**DATE**: May 31, 2024

Respectfully submitted,

**BARAKAT + BOSSA**
2701 Ponce de Leon Blvd., Suite 202
Coral Gables, Florida 33134
Tel: (305) 444-3114
Fax: (305) 444-3115
Email: gbossa@b2b.legal

By: */s/ Giacomo Bossa*
GIACOMO BOSSA, Esq.
Florida Bar No.: 97817