UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22106-CIV-SMITH

SERGIO JADUE,

    Plaintiff,
v.

AMAZON.COM SERVICES, LLC,
and GAUMONT TELEVISION USA LLC,

    Defendants.
_____/

## ORDER OF REFERENCE

It is **ORDERED** that Plaintiff's Motion to Compel Responsive Documents [DE 81] is hereby **REFERRED** to Magistrate Judge Reid for disposition.

DONE and ORDERED in Fort Lauderdale, Florida, this 16th day of May, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record