UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22106-CIV-SMITH

SERGIO JADUE,

      Plaintiff,

vs.

AMAZON.COM SERVICES, LLC,
GAUMONT TELEVISION USA LLC,

      Defendants.
_____/

**ORDER TO SHOW CAUSE**

This cause is before the Court *sua sponte*. On May 16, 2025, the Court issued its Order of Referral to Mediation [DE 82], requiring the parties to ensure that a mediator's report is filed within seven days of the mediation. A review of the record indicates that mediation was scheduled to take place on October 16, 2025; however, no mediator's report has been filed. Accordingly, it is

**ORDERED** that, on or before **November 21, 2025,** the parties shall ensure that the mediator's report regarding their October 16, 2025, mediation is filed or show cause why they should not be sanctioned for failing to comply with a Court order. Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of November, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record